# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5237**                                    **September Term, 2025**

**1:25-cv-01789-UNA**

**Filed On:** November 3, 2025

Terence Roger James,

       Appellant

    v.

Donald J. Trump, U.S. President, et al.,

       Appellees


**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Millett, Pillard, and Garcia, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing, the motion for protective order and sanctions, the motion to expedite, and the motions for other relief, it is

**ORDERED AND ADJUDGED** that the district court's June 20, 2025 order dismissing the complaint be affirmed. The district court correctly concluded that appellant's complaint was frivolous. See Neitzke v. Williams, 490 U.S. 319, 325 (1989). It is

**FURTHER ORDERED** that the motion to expedite be dismissed as moot. It is

**FURTHER ORDERED** that the remaining motions be denied. Appellant has not demonstrated that he is entitled to the relief sought in those motions.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5237**                    **September Term, 2025**


Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**


**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk